COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-14-00886-CR

Style:     Ana Maria Gonzalez-Angulo

**v** The State of Texas

Date motion filed[*]:     April 1, 2015

Type of motion:     Motion to extend time to file reporter's record

Party filing motion:     Court reporter

Document to be filed:     Reporter's record

If motion to extend time:

     Original due date:     January 27, 2015

     Number of extensions granted:     2     Current Due date:  April 1, 2015

     Date Requested:     April 17, 2015

Ordered that motion is:

     ☑     Granted

          If document is to be filed, document due:  April 17, 2015

          ☑     No further extensions of time will be granted

     ☐     Denied

     ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐     Other: _____

     **The motion is granted. We order the court reporter to file the record by April 17, 2015. No further extensions will be granted.**

Judge's signature: /s/ Chief Justice Sherry Radack

          ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: April 7, 2015

November 7, 2008 Revision